| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:03CR00053-013 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Chai Tran 180 San Ramon Dr. San Jose, California 95111 | DISTRICT Eastern District of Texas | DIVISION Sherman |
|---|---|---|
| | NAME OF SENTENCING JUDGE U.S. District Judge Leonard Davis | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 6, 2007 — TO February 5, 2008 |

FILED 2007 JUN 26 P 4:18 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

OFFENSE

21 U.S.C. § 843(b), Use of a Communication Facility to Commit a Controlled Substance Offense,

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-5-07
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/22/07
Effective Date

*Ronald M. Whyte*
United States District Judge