# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS

**DAVID J. MALAND**  
CLERK

101 E. Pecan St.  
**Sherman, Texas 75090**  
(903)892-2921

July 12, 2007

U.S. District Court  
Phillip Burton, United States  
Courthouse, 16th Floor  
450 Golden Gate Avenue  
San Francisco, CA 94102-3434

RE:   **Case No. 4:03cr53-13 USA v. Chai Tran**  
      **Your Case No. CR 07-00404 RMW**

Dear Clerk:

Enclosed please find the following documents:

Transfer of Jurisdiction  
Information  
Judgment  
Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter to be returned to this office in the envelope provided.

Sincerely,  
DAVID MALAND, CLERK

By: P. Davidson  
Patricia Davidson, Deputy in Charge

Received and filed under Criminal No. _____ on the _____ day of _____, 20___.

CLERK, U.S. DISTRICT COURT

_____
  Deputy Clerk

*emailed rec to P. Davidson*

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:03CR00053-013 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** FILED 2007 JUN 26 P 4:18 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Chai Tran 180 San Ramon Dr. San Jose, California 95111 | DISTRICT Eastern District of Texas | DIVISION Sherman |
| | NAME OF SENTENCING JUDGE U.S. District Judge Leonard Davis | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 6, 2007 | TO February 5, 2008 |

| OFFENSE |
|---|
| 21 U.S.C. § 843(b), Use of a Communication Facility to Commit a Controlled Substance Offense, |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 10 2007
DAVID J. MALAND, CLERK
BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6-5-07_                                       _[signature]_
Date                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Northern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/22/07_                                       _Ronald M. Whyte_
Effective Date                                  United States District Judge

AO 245B (Rev. 03/03) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## EASTERN DISTRICT OF TEXAS
### Sherman

EOD 12/23/03

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| VS. | (For Offenses Committed On or After November 1, 1987) |
| CHAI TRAN | CASE NUMBER: 4:03CR00053-013 |
| | JOE MONSIVAIS |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s):  __1 of the Information__

___ pleaded nolo contendere to count(s) _____
which was accepted by the court.

___ was found guilty on count(s) _____
after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s)

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 843(b) | Use of a Communication Facility to Commit a Controlled Substance Offense | 02/19/2002 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count(s): _____

X  Count(s) __All counts of Superseding Indictments__  are dismissed on motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court or United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment: **12/16/2003**

Signature of Judicial Officer

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

__12-22-03__
Date

AO 245B (Rev. 03/03) Judgment in a Criminal Case Sheet 2 - Imprisonment

Judgment - Page __2__ of __5__

Defendant: **CHAI TRAN**
Case No: 4:03CR00053-013

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __48__ month(s)

**This term of imprisonment to run concurrent with Case No. 114-1504-02, 114th Judicial District Court of Smith County, Texas.**

X   The court makes the following recommendations to the Bureau of Prisons:
**Defendant be designated to correctional institution nearest Dallas, Texas, if eligible.**

**Defendant to participate in an appropriate Drug Treatment Program, if eligible.**

X   The defendant is remanded to the custody of the United States Marshal.
The defendant shall surrender to the United States Marshal for this district.
   at _____ a.m./p.m on _____ .
   as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
   before 2 p.m. on _____ .
   as notified by the United States Marshal.
   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
United States Marshal

_____
By: Deputy U.S. Marshal

AO 245B (Rev. 03/03) Judgment in a Criminal Case Sheet 3 - Supervised Release

Defendant: **CHAI TRAN**  
Case No: **4:03CR00053-013**

Judgment - Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **1 year(s)**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

**X**    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

    The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vacation, or is a student, as directed by the probation officer. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the following standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional terms on the attached page.    **See additional terms on next page(s)...**

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) The defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or paraphenalia related to such substances, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation or any contraband observed in plain view by the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court; and
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 03/03) Judgment in a Criminal Case Sheet 3 - Supervised Release

Judgment - Page 3b. 1 of 5

Defendant: CHAI TRAN
Case No: 4:03CR00053-013

## Additional Terms of Supervised Release

As a condition of supervised release, immediately upon release from cofinement, the defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. 1101, et.seq. If ordered deported, the defendant shall remain outside the United States. In the event the defendant is not deported, the defendant shall comply with all conditions of supervised release.

The defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring the defendant's employment status.

The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

AO 245B (Rev. 03/03) Judgment in a Criminal Case Sheet 5 - Criminal Monetary Penalties

Judgment - Page __4__ of __5__

Defendant: **CHAI TRAN**
Case No: 4:03CR00053-013

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Total Restitution** |
|---|---|---|---|
| **Totals:** | 100.00 | 0.00 | 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* AO 245C will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following victims in the amounts listed below:

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| **Totals:** |  | 0.00 |  |

If applicable, restitution amount ordered pursuant to plea agreement      0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 6 may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

☒ The court has determined that the defendant does not have the ability to pay interest. It is ordered that:

☒ The interest requirement is waived for the     ☐ fine and/or     ☐ restitution

☐ The interest requirement for the     ☐ fine and/or     ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of the Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 0303) Judgment in a Criminal Case Sheet 6- Criminal Monetary Penalties

Defendant: **CHAI TRAN**
Case No: **4:03CR00053-013**

Judgment - Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties shall be as follows:

A  [X]  Lump sum payment of at least _____$100.00_____ due immediately, balance due
         [ ] not later than _____; or
         [ ] in accordance with [ ] C, [ ] D, [ ] E, or [ ] F below; or

B  [ ]  Payment to begin immediately (may be combined with [ ] C, [ ] D, [ ] E, or [ ] F below); or

C  [ ]  Payment in _____ (e.g. equal, weekly, monthly, quarterly) installments of at least
         _____$0.00_____ over a period of _____ (e.g. months or years) to commence _____ (e.g. 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment to begin immediately. Any amount that remains unpaid when the defendant is placed on supervision is to be paid on a monthly basis at the rate of at least 10% of the defendant's monthly gross income, to be changed during supervision if needed, based on the defendant's changed circumstances, pursuant to 18 U.S.C. □ 3664(k).

E  [ ]  Payment in _____ (e.g. equal, weekly, monthly, quarterly) installments of at least
         _____0.00_____ over a period of _____ (e.g. months or years) to commence _____
         (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

F  [ ]  Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalty payments are to be made to the U.S. District Court, Fine & Restitution Section, P.O. Box 570, Tyler, TX 75710, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility

The defendant will receive credit for all payments made toward any criminal monetary penalties imposed

[ ] Joint and Several

[ ] The defendant shall pay the cost of prosecution:
[ ] The defendant shall pay the following court costs:
[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest; (4) fine principal; (5) community restitution; (6) fine interest; (7) penalties; (8) cost, including cost of prosecution and court costs.

Case 5:07-cr-00404-RMW   Document 2   Filed 07/18/2007   Page 9 of 20
Case 4:03-cr-00053-LED-DDB   Document 121   Filed 04/23/2003   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 2 3 2003

DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Cause No. 4:03CR53 |
| § | (Judge Davis) |
| CHAI TRAN (13) § | |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE

Violation: 21 USC § 843 (Use of a Communication Facility to Commit a Controlled Substance Offense)

On or about December 5, 2001 and/ or February 19, 2002, in the Eastern District of Texas, CHAI TRAN, defendant herein, did knowingly and intentionally use a communication facility, to-wit: a telephone, to facilitate the commission of felony under the Controlled Substances Act, to-wit: conspiracy to manufacture, distribute or possess with the intent to manufacture, distribute, or dispense 3,4-Methylenedioxy-methamphetamine ("Ecstasy"), 50 grams or more or methamphetamine its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, it salts, optical and geometric isomers and salts of isomers , 50 grams or more of a mixture or substance which contains cocaine base (crack) and 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

All in violation of Title 21, United States Code, Section 843.

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
P. Davidson

121

Respectfully submitted,

MATTHEW ORWIG
UNITED STATES ATTORNEY

HEATHER HARRIS RATTAN
Assistant United States Attorney
Texas Bar No. 16581050
660 North Central Expwy., #400
Plano, Texas 75074
Phone 972/509-1201
Facsimile 972/509-1209

## SPECIAL RULES CONCERNING FINES, RESTITUTION, SPECIAL ASSESSMENTS, AND SUPERVISED RELEASE

### FINES (18 U.S.C. § 3571):

A defendant who has been found guilty of an offense may be sentenced to pay a fine. Except as otherwise provided, the authorized fines are:

1. If the defendant is an individual:

(a) for a felony, or for a misdemeanor resulting in the loss of human life, not more than $250,000;

(b) for any other misdemeanor, not more than $100,000.

### RESTITUTION (18 U.S.C. § 3663):

The court may order in addition to or in lieu of any other penalty authorized by law that the defendant make restitution as defined in this section to any victim of the offense.

### SPECIAL ASSESSMENT (18 U.S.C. § 3013):

The court shall assess the amount of $50.00 on any person convicted of a felony offense against the United States if the offense occurred before April 24, 1996. The court shall assess the amount of $100.00 on any person convicted of a felony offense against the United States if the offense occurred on or after April 24, 1996.

### SUPERVISED RELEASE (18 U.S.C. § 3583):

Except as otherwise provided, the authorized terms of supervised release are --

1. for a Class A (imprisonment for 26 years to life) or a Class B (not more than 25 years) felony, not more than 5 years;

2. for a Class C (not more than 12 years) or a Class D (not more than 6 years) felony, not more than 3 years;

3. for a Class E (not more than 3 years, but more than 1 year) felony or misdemeanor (other than a petty offense), not more than 1 year.

Title 18 U.S.C. § 3559 sets forth the classification of offenses for sentencing purposes.

INTERP

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Sherman)
## CRIMINAL DOCKET FOR CASE #: 4:03-cr-00053-LED-DDB-13

Case title: USA v. Nguyen, et al, et al    Date Filed: 03/13/2003

Assigned to: Judge Leonard Davis
Referred to: Magistrate Judge
Don D. Bush

**Defendant**

**Chai Tran** (13)
*TERMINATED: 12/22/2003*

represented by **Jose Monsivais**
US Attorney
1800 Teague Drive
One Grand Center Suite 504
Sherman, TX 75090
903/868-9454
Fax: 19038922792
Email: joe.monsivais@usdoj.gov
*TERMINATED: 12/22/2003*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:843B=ND.F USE
COMMUNICATIONS
FACILITY - NARCOTIC -
DISTRIBUTE
(1s)

**Disposition**

IMPRISONMENT FOR A TERM
OF 48 MONTHS TO RUN
CONCURRENT WITH STATE
CASE; $100 SPECIAL
ASSESSMENT; 1 YEAR
SUPERVISED RELEASE WITH
CONDITIONS

*A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: R. Davidson*

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=NM.F CONSPIRACY
TO MANUFACTURE
NARCOTICS
(1)

**Disposition**

Dismissed on Motion of
Government

**Highest Offense Level
(Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                            represented by **Heather Harris Rattan**
                                                              U S Attorney's Office - Plano
                                                              101 E Park Blvd
                                                              Suite 500
                                                              Plano, TX 75074
                                                              972/509-1201
                                                              Fax: 19725091209
                                                              Email: heather.rattan@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2003 | 1 | SEALED INDICTMENT as to Hoang Ven Nguyen (1) count (s) 1, Loc Minh Ly (2) count(s) 1, Bich Ngoc Tran (3) count(s) 1, Marcel F. Bourgeois (4) count(s) 1, Gary S. Prim (5) count (s) 1, Sourivanh T. Inthavong (6) count(s) 1, Truyen Lenhat Le (7) count(s) 1, Le Huu Hua (8) count(s) 1, Hy Dai Le (9) count (s) 1, Nung Quoc Nguyen (10) count(s) 1, Pedro Frias (11) count(s) 1, Phuong Thanh Le (12) count(s) 1, Chai Tran (13) count(s) 1, Duy Minh Ho (14) count(s) 1, Lejoy Varghese Mathew (15) count(s) 1, Patrick Little (16) count(s) 1 (sjs) Additional attachment(s) added on 1/10/2005 (pad, ). Modified on 1/21/2005 (pad, ). (Entered: 03/24/2003) |

| | | |
|---|---|---|
| 03/13/2003 | 14 | Form AO 257 filed as to Deft #13 Sealed (sjs) (Entered: 03/24/2003) |
| 03/13/2003 | | Arrest WARRANT issued as to Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel F. Bourgeois, Gary S. Prim, Sourivanh T. Inthavong, Truyen Lenhat Le, Le Huu Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Mnh Ho, Lejoy Varghese Mathew, Patrick Little (sjs) Modified on 1/21/2005 (pad, ). (Entered: 03/24/2003) |
| 03/25/2003 | 18 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Deft #13 Sealed (sealed) (Entered: 03/25/2003) |
| 04/02/2003 | | Initial appearance as to Deft #13 Sealed held on indictment . (Defendant informed of rights and charges.) Dft requests court appointed counsel and is sworn & examined re: financial status. The court finds dft unable to employ counsel and appoints federal public defender. (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | 38 | Minutes filed as to Deft #13 Sealed re:Initial Appearance held before Magistrate Judge Don D. Bush (Ct rep: Dave Maxwell) (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | 39 | ORDER Appointing Federal Public Defender Jose Monsivais for Deft #13 Sealed ( Signed by Magistrate Judge Don D. Bush )cc:attys of record 4/16/03 (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | | APPEARANCE Through Counsel by Deft #13 Sealed (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | | Arraignment as to Deft #13 Sealed held. Defendant informed of rights and charges, waived reading of indictment and entered a plea of not guilty on all counts. Final pretrial conference and trial scheduling set for 5/6/03 at 10:00 a.m. Dft REMANDED to custody of USM. . (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | 40 | Minutes filed as to Deft #13 Sealed re:Arraignment held before Magistrate Judge Don D. Bush (Ct rep: Dave Maxwell) (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | | PLEA entered by Deft #13 Sealed . Court accepts plea. Not Guilty: Deft #13 Sealed (13) count(s) 1 (sealed) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 04/16/2003) |
| 04/02/2003 | 41 | Waiver of detention hearing by Deft #13 Sealed (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | 42 | MOTION by USA as to Deft #13 Sealed for detention (sealed) (Entered: 04/16/2003) |
| 04/02/2003 | 43 | ORDER relating to Pretrial Discovery and Inspection as to Deft #13 Sealed ( Signed by Magistrate Judge Don D. Bush ) attys in court 4/16/03 (sealed) (Entered: 04/16/2003) |
| 04/15/2003 | 25 | Notice of Plea Agreement as to Deft #13 Sealed (sealed) (Entered: 04/15/2003) |
| 04/15/2003 | 26 | Elements of the offense by USA as to Deft #13 Sealed (sealed) (Entered: 04/15/2003) |
| 04/22/2003 | 90 | NOTICE of Hearing as to Deft #13 Sealed :, set Change of Plea Hearing for 1:30 4/23/03 for Deft #13 Sealed before Magistrate Judge Don D. Bush cc:atty, AUSA, USPO, USM (sealed) (Entered: 04/23/2003) |
| 04/23/2003 |  | Plea Agreement Hearing as to Deft #13 Sealed held (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 118 | Minutes filed as to Deft #13 Sealed re: hearing before Magistrate Judge Don D. Bush (Ct rep: Claudia Webb) (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 119 | Consent to Administration of Guilty Plea and Fed.R.Crim.P.11 Allocution by U.S. Magistrate Judge by Deft #13 Sealed (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 120 | WAIVER OF INDICTMENT by Deft #13 Sealed (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 121 | INFORMATION as to Deft #13 Sealed (13) count(s) 1s (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 122 | Form AO 257 filed as to Deft #13 Sealed (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 123 | NOTICE of Penalty by Deft #13 Sealed as to Deft #13 Sealed (sealed) (Entered: 04/29/2003) |
| 04/23/2003 |  | PLEA entered by Deft #13 Sealed . Court accepts plea. Guilty: Deft #13 Sealed (13) count(s) 1s (Terminated motions: ) (sealed) (Entered: 04/29/2003) |

| | | |
|---|---|---|
| 04/23/2003 | 124 | Plea Agreement as to Deft #13 Sealed Filed (sealed) (Entered: 04/29/2003) |
| 04/23/2003 | 125 | Factual Resume by USA as to Deft #13 Sealed (sealed) (Entered: 04/29/2003) |
| 05/05/2003 | 133 | FINDINGS OF FACT and recommendation on guilty plea before the U.S. Magistrate Judge as to Deft #13 Sealed ( signed by Magistrate Judge Don D. Bush ) cc:attys on 5/5/03 (sealed) (Entered: 05/05/2003) |
| 05/07/2003 | 136 | MOTION by USA as to Hoang Van Nguyen, Loc Minh Ly, Bic Ngoc Tran, Marcel Bourgeois, Gary Prim, Sourivanh Inthavong, Truyen Lenhat Le, Le Huu Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuoun Thanh Le, Chai Tran Duy Minh Ho, Lejoy Varghese Mathew, Patrick Little to Unseal indictment Additional attachment(s) added on 1/10/2005 (pad, ). Modified on 1/21/2005 (pad, ). (Entered: 05/07/2003) |
| 05/09/2003 | 139 | ORDER as to Deft #13 Sealed adopting Magistrate Judge's report and finding deft guilty on count one of the information ( Signed by Judge Leonard Davis ) cc:attys on 5/9/03 (sealed) (Entered: 05/09/2003) |
| 05/12/2003 | 141 | ORDER as to Houang Van Nguyen, Loc Minh Ly, Bic Ngoc Tran, Marcel Bourgeois, Gary Prim, Sourivanh Inthavong, Truyen Lenhat Le, Le Huu Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuoung Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Vargehese Mathew, Patrick Little granting [136-1] motion to Unseal indictment as to Hoang Van Nguyen (1), Loc Minh Ly (2), Bich Ngoc Tran (3), Marcel Bourgeois (4), Gary Prim (5), Sourivanh Inthavong (6), Truyen Lenhat Le (7), Le Huu Hua (8), Hy Dai Le (9), Hung Quoc Nguyen (10), Pedro Frias (11), Phuong Thanh Le (12), Chai Tran (13), Duy Minh Ho (14), Lejoy Mathew (15), Patrick Little (16) ( Signed by Magistrate Judge Don D. Bush ) cc:attys,USM,USPO on 5/12/03 Additional attachment(s) added on 1/10/2005 (pad, ). Modified on 1/21/2005 (pad, ). (Entered: 05/12/2003) |
| 05/12/2003 | | Indictment unsealed as to Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel Bourgeois, Gary Prim, Sourivanh Inthavong, Truyen Lenhat Le, Le Huu Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Mathew, Patrick Little Modified on 1/21/2005 (pad, ). (Entered: 05/12/2003) |

| | | |
|---|---|---|
| 05/27/2003 | | PHV Filing Fee paid by atty Scott Holman; PHV FILING FEE $ 25.00 RECEIPT # 100492 (sjs) (Entered: 05/28/2003) |
| 05/29/2003 | 210 | MOTION by Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel F Bourgeois, Gary S Prim, Sourivanh T Inthavong, Truyen Lenhat Le, Le Hua Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Varghese Mathew, Patrick Little of Continuance in Interests of Justice (sjs) (Entered: 05/30/2003) |
| 05/30/2003 | 211 | ORDER as to Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel F Bourgeois, Gary S Prim, Sourivanh T Inthavong, Truyen Lenhat Le, Le Hua Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Varghese Mathew, Patrick Little granting [210-1] motion of Continuance in Interests of Justice Time Excluded from 5/30/03 to 8/25/03 as to Hoang Van Nguyen (1), Loc Minh Ly (2), Bich Ngoc Tran (3), Marcel F Bourgeois (4), Gary S Prim (5), Sourivanh T Inthavong (6), Truyen Lenhat Le (7), Le Hua Hua (8), Hy Dai Le (9), Hung Quoc Nguyen (10), Pedro Frias (11), Phuong Thanh Le (12), Chai Tran (13), Duy Minh Ho (14), Lejoy Varghese Mathew (15), Patrick Little (16), reset jury selection for 9:00 8/25/03 for Hoang Van Nguyen, for Loc Minh Ly, for Bich Ngoc Tran, for Marcel F Bourgeois, for Gary S Prim, for Sourivanh T Inthavong, for Truyen Lenhat Le, for Le Hua Hua, for Hy Dai Le, for Hung Quoc Nguyen, for Pedro Frias, for Phuong Thanh Le, for Chai Tran, for Duy Minh Ho, for Lejoy Varghese Mathew, for Patrick Little before Judge Leonard Davis , and reset pretrial conference for 9:00 8/14/03 for Hoang Van Nguyen, for Loc Minh Ly, for Bich Ngoc Tran, for Marcel F Bourgeois, for Gary S Prim, for Sourivanh T Inthavong, for Truyen Lenhat Le, for Le Hua Hua, for Hy Dai Le, for Hung Quoc Nguyen, for Pedro Frias, for Phuong Thanh Le, for Chai Tran, for Duy Minh Ho, for Lejoy Varghese Mathew, for Patrick Little before Judge Leonard Davis Any change of plea due by 8/11/03 ( Signed by Judge Leonard Davis ) cc:attys, USM,USPO on 5/30/03 (sjs) (Entered: 05/30/2003) |
| 06/06/2003 | 215 | ORDER adopting Magistrate Judges R&R and finding dft guilty on Count One of the Indictment as to Gary Prim (5) ( Signed by Judge Leonard Davis 6-4-03) cc:attys on 6-9-03 (ttm) Modified on 1/20/2005 (pad, ). (Entered: 06/09/2003) |
| 06/25/2003 | 237 | Arrest WARRANT Returned Executed as to Chai Tran on |

| | | |
|---|---|---|
| | | 3/31/03 (lhj) (Entered: 06/25/2003) |
| 07/31/2003 | 288 | ORDER as to Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel F Bourgeois, Gary S Prim, Sourivanh T Inthavong, Truyen Lenhat Le, Le Hua Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Varghese Mathew, Patrick Little. The jury selection and trial of this case is set for Monday 8/25/03 at 9:00 a.m. in the US Courthouse, 211 West Ferguson Room 306, Tyler, Texas, and further that the pretrial conference on Thursday August 14, 2003, at 9:00 am. shall remain the same and will be held at the Grayson County Courthouse as previously scheduled. ( Signed by Judge Leonard Davis ) cc:attys, USM, USPO on 7/31/03 (sjs) (Entered: 07/31/2003) |
| 08/25/2003 | 350 | NOTICE of Hearing as to Chai Tran :, set Sentencing for 1:00 9/17/03 for Chai Tran before Judge Leonard Davis at Grayson Co. Courthouse - Sherman cc: USA (Heather Rattan), USPD (Joe Monsivais), USM, USPO, LED on 8/25/03 (rlf) (Entered: 08/25/2003) |
| 08/28/2003 | 354 | NOTICE of Hearing as to Chai Tran :, reset Sentencing for 1:30 10/15/03 for Chai Tran before Judge Leonard Davis (TO BE HELD AT GRAYSON CO COURTHOUSE, SHERMAN, TX) cc: USA (Heather Rattan), USPD (Joe Monsivais), USM, USPO, LED on 8/28/03 (rlf) (Entered: 08/28/2003) |
| 09/04/2003 | 356 | ORDER as to Chai Tran, reset Sentencing for 1:30 10/15/03 for Chai Tran before Judge Leonard Davis ( Signed by Judge Leonard Davis ) cc:attys,USM,USPO on 9/5/03 (sjs) (Entered: 09/05/2003) |
| 09/24/2003 | 376 | MOTION by Texas Workforce Commission to quash subpoena of Donald Etheridge (mjc) (Entered: 09/24/2003) |
| 10/08/2003 | 412 | NOTICE of Cancellation of Hearing as to Chai Tran :, Sentencing for 11:15 10/15/03 for Chai Tran before Judge Leonard Davis has been cancelled until further notice from the Court cc: USA (Heather Rattan), USPD (Joe Monsivais), USM, USPO, LED on 10/8/03 (rlf) (Entered: 10/08/2003) |
| 10/31/2003 | 415 | NOTICE of Hearing as to Chai Tran :, set Sentencing for 10:00 12/16/03 for Chai Tran before Judge Leonard Davis (BY VIDEO) cc: USA (Heather Rattan), USPD (Joe Monsivais), USM, USPO, LED on 10/31/03 (rlf) (Entered: 10/31/2003) |

| | | |
|---|---|---|
| 12/16/2003 | | DISMISSAL of Count(s) on Government Motion as to Chai Tran Counts Dismissed: Chai Tran (13) count(s) 1 (rlf) (Entered: 12/16/2003) |
| 12/16/2003 | | Sentencing held Chai Tran (13) count(s) 1s Chai Tran (13) count(s) 1s. IMPRISONMENT FOR A TERM OF 48 MONTHS TO RUN CONCURRENT WITH STATE CASE; $100 SPECIAL ASSESSMENT; 1 YEAR SUPERVISED RELEASE WITH CONDITIONS; Dft advised of right to appeal & court appointed counsel; Dft remanded to USM (rlf) (Entered: 12/16/2003) |
| 12/16/2003 | 432 | PRESENTENCE INVESTIGATION REPORT (Sealed) and PSI Sentencing Portion (Sealed) as to Chai Tran (rlf) (Entered: 12/16/2003) |
| 12/16/2003 | 433 | Minutes filed as to Chai Tran re: Sentencing hearing before Judge Leonard Davis (Ct rep: S. Sloan) (rlf) (Entered: 12/16/2003) |
| 12/22/2003 | 439 | JUDGMENT Chai Tran (13) count(s) 1s. IMPRISONMENT FOR A TERM OF 48 MONTHS TO RUN CONCURRENT WITH STATE CASE; $100 SPECIAL ASSESSMENT; 1 YEAR SUPERVISED RELEASE WITH CONDITIONS ( Signed by Judge Leonard Davis ) party Chai Tran cpy to USA USPO USM Finance Aty for Dft Judge Davis 12/23/03 (rvw) (Entered: 12/23/2003) |
| 12/29/2003 | 442 | MOTION by USA as to Gary S Prim, Chai Tran, Patrick Little to dismiss indictment (sjs) (Entered: 12/29/2003) |
| 01/06/2004 | 446 | Waiver of rights and consent to proceed by video conference for sentencing hearing by Chai Tran (sjs) (Entered: 01/06/2004) |
| 01/06/2004 | 449 | ORDER as to Gary S Prim, Chai Tran, Patrick Little granting [442-1] motion to dismiss indictment as to Gary S Prim (5), Chai Tran (13), Patrick Little (16) ( Signed by Judge Leonard Davis ) cc:attys on 1/7/04 (sjs) (Entered: 01/07/2004) |
| 01/07/2004 | | DISMISSAL of Count(s) on Government Motion as to Gary S Prim, Chai Tran, Patrick Little Counts Dismissed: (sjs) (Entered: 01/07/2004) |
| 08/16/2004 | 521 | Exemption ORDER Re: Courtesy Copies as to Hoang Van Nguyen, Loc Minh Ly, Bich Ngoc Tran, Marcel F Bourgeois, Gary S Prim, Sourivanh T Inthavong, Truyen Lenhat Le, Le |

| | | |
|---|---|---|
| | | Hua Hua, Hy Dai Le, Hung Quoc Nguyen, Pedro Frias, Phuong Thanh Le, Chai Tran, Duy Minh Ho, Lejoy Varghese Mathew, Patrick Little . Signed by Judge Leonard Davis on 8/16/2004. (rvw, ) (Entered: 08/18/2004) |
| 05/27/2005 | | SPECIAL ASSESSMENT PAID by Chai Tran in amount of $ 100.00, Receipt # 4-1-000197. (ttm, ) (Entered: 05/27/2005) |
| 05/27/2005 | 575 | SPECIAL ASSESSMENT PAID in full on 5/27/05 by Chai Tran. Receipt #400197.(bsp) (Entered: 05/08/2006) |
| 07/10/2007 | 580 | Probation/Supervised Release Jurisdiction Transferred to Northern District of California as to Chai Tran Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (pad, ) (Entered: 07/11/2007) |